NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3035

BRUCE A. LOOMIS, JON C. STIERLE,
JOSEPH W. BURGE and RICHARD C. LEAVY,

Petitioners,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Colin M. Lynch, Zazzali, Fagella, Nowak, Kleinbaum & Friedman, of Newark, New Jersey, argued for petitioners.

Jeffrey A. Gauger, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel; and Rosa M. Koppel, Deputy General Counsel.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3035

BRUCE A. LOOMIS, JON C. STIERLE,
JOSEPH W. BURGE and RICHARD C. LEAVY,

Petitioners,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

# Judgment

ON APPEAL from the     Merit Systems Protection Board

in CASE NO(S).     PH0752060225-I-1, PH0752060226-I-1, PH0752060228-I-1, and PH0752060237-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

> Per Curiam (MICHEL, <u>Chief Judge</u>, FRIEDMAN, <u>Senior Circuit Judge</u>, and RADER, <u>Circuit Judge</u>)

> AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  <u>June 10, 2008</u>      <u>/s/ Jan Horbaly</u>
                                   Jan Horbaly, Clerk